**Opinion issued April 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00925-CV**

———————————

**EVERGREEN ENVIRONMENTAL SERVICES, L.L.C., Appellant**

**V.**

**EVOQUA WATER TECHNOLOGIES, LLC, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-48769**

---

## MEMORANDUM OPINION

On December 13, 2022, appellant, Evergreen Environmental Services, L.L.C.,

filed a notice of appeal from the trial court's order granting the Motion to Dismiss

for Improper Venue and Motion to Enforce Forum Selection Clause of appellee,

Evoqua Water Technologies, LLC. On April 17, 2023, the parties filed a "Joint

Motion to Dismiss Appeal." In the motion, the parties represented that they had "entered a settlement agreement which fully resolved all their disputes in th[e] matter rendering further proceedings unnecessary." The parties requested that the Court "grant [their] [m]otion and dismiss the appeal." *See* TEX. R. APP. P. 42.1(a)(2). The motion further stated that "[e]ach party ha[d] agreed to bear its own costs of this appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2. We direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.